90    GRESS v. RAILWAY CO.

Statement of Facts—Opinion of the Court. [14 Pa. Superior Ct.

## Gress v. Railway Company.

Argued May 9, 1900. Appeal, No. 115, April T., 1900, by defendant, in suit of Olive N. Gress against the Braddock & Homestead Street Railway Company, from judgment of C. P. No. 1, Allegheny Co., Sept. T., 1898, No. 78, on verdict for plaintiff. Before RICE, P. J., BEAVER, ORLADY, W. W. PORTER and W. D. PORTER, JJ. Affirmed. Opinion by BEAVER, J.

Verdict and judgment for Olive N. Gress for $800. Defendant appealed.

*J. H. Beal,* with him *Knox & Reed,* for appellant.

*A. M. Brown,* for appellees.

OPINION BY BEAVER, J., July 26, 1900:

For the reasons stated in the opinion this day filed in Gress v. Railway Co., ante, p. 87, the judgment of the court below in this case is affirmed.